Decided February 14, 2006

## INDY SENGCHANTHONG *v.* COMMISSIONER OF MOTOR VEHICLES

The defendant's petition for certification for appeal from the Appellate Court, 92 Conn. App. 365 (AC 26105), is granted, limited to the following issue:

"Did the Appellate Court properly conclude that there was insufficient evidence to support a finding of the

plaintiff's operation of a motor vehicle as required by General Statutes § 14-227b?"

ZARELLA, J., did not participate in the consideration or decision of this petition.

The Supreme Court docket number is SC 17606.

*Priscilla J. Green*, assistant attorney general, in support of the petition.

*Steven A. Tomeo*, in opposition.

Decided February 14, 2006